opinion filed June 21, 1948; released for publication September 9, 1948. John J. Dowdle and Eugene P. Kealy, for appellant; Martin Ward, of counsel; Ernst Buehler, Lawrence J. Fenlon and Richard R. Young, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**

## Louis E. Wagner, Appellee, v. James Ball, Appellant.

### Gen. No. 44,146.

opinion filed June 21, 1948; released for publication September 9, 1948. Alex M. Berkowitz and Chas. A. Anderson, for appellant; no appearance for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**